John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Check No. 800010

Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 04-11412 | 020-0 | SHAWN ALLEN HODGKINSON<br>Original Check written to:<br>CAPITAL ONE BANK<br>PO BOX 85167<br>RICHMOND, VA  23285- | xxxxxxxxxxxx5580 | 1,092.53 | 7.84 | 0.00 | 7.84 |
| 04-11501 | 007-0 | JOSEPH P CASSES JR<br>Original Check written to:<br>CAPITAL ONE BANK<br>PO BOX 85167<br>RICHMOND, VA  23285- | xxxxxxxxxxxx4805 | 556.65 | 43.26 | 0.00 | 43.26 |
| 04-11541 | 011-0 | DANIEL A BROWN<br>Original Check written to:<br>CAPITAL ONE BANK<br>PO BOX 85167<br>RICHMOND, VA  23285- | xxxxxxxxxxxx7077 | 729.59 | 12.80 | 0.00 | 12.80 |
| 04-11617 | 011-0 | PAMELA J SLAYTON<br>Original Check written to:<br>CAPITAL ONE BANK<br>PO BOX 85167<br>RICHMOND, VA  23285- | xxxxxxxxxxxx5466 | 1,073.70 | 32.10 | 0.00 | 32.10 |
| 04-11655 | 024-0 | ETHEL JEAN BUSH<br>Original Check written to:<br>CAPITAL ONE BANK<br>PO BOX 85167<br>RICHMOND, VA  23285- | xxxxxxxxxxxx4195 | 727.96 | 18.09 | 0.00 | 18.09 |
| 05-10271 | 012-0 | DIANA DORSEY<br>Original Check written to:<br>CENTENNIAL WIRELESS<br>3811 ILLINOIS RD #212<br>FT WAYNE, IN  46804 | 3864 | 799.75 | 1.40 | 0.00 | 1.40 |
| 05-10789 | 003-0 | FRANK FREDERICK BREUER<br>Original Check written to:<br>SFC-CENTRAL BANKRUPTCY<br>652 BUSH RIVER RD # 206<br>COLUMBIA, SC  29210 | xxxxxxxxxxxxx0537 | 0.00 | 680.37 | 0.00 | 680.37 |